John A. Adams (0023)
Mark W. Pugsley (8253)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*[Proposed] Liaison Counsel*

Andrew L. Barroway
Stuart L. Berman
Darren J. Check
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 667-7706
Facsimile: (60) 667-7056

*[Proposed] Lead Counsel*



IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| DEBORAH ANDERTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>Defendants. | MOTION OF RONALD C. HOLEC TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, FOR APPROVAL OF LEAD PLAINTIFF'S <u>SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u><br><br>Civil No. 2:03cv62<br><br>Judge Paul G. Cassell |

[Caption Continued]



| | |
|---|---|
| NANCY MOORE-WARNER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS F/K/A GENTNER COMMUNICATIONS, FRANCES M. FLOOD, SUSIE STROHM, and RANDALL J. WICHINSKI,<br><br>        Defendants. | Civil No. 2:03cv84 PGC<br><br>Judge Paul G. Cassell |
| JOHN ROBINSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>        Defendants. | Civil No. 2:03cv87 BSJ<br><br>Judge ~~Paul G. Cassell~~ Jenkins |
| ANDREW KORCHAK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS F/K/A GENTNER COMMUNICATIONS, FRANCES M. FLOOD, SUSIE STROHM, and RANDALL J. WICHINSKI,<br><br>        Defendants. | Civil No. 2:03cv110 TC<br><br>Judge Tena Campbell |

[Caption Continued]

| | |
|---|---|
| JOSEPH GOLDMAN, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>     Defendants. | Civil No. 2:03cv111 TS<br><br>Judge Ted Stewart |
| PINCUS SCHWARTZ, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>     Defendants. | Civil No. 2:03cv136 TS<br><br>Judge Ted Stewart |
| CAROLYN CUSSEN, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>     Defendants. | Civil No. 2:03cv150 PGC<br><br>Judge Paul G. Cassell |

[Caption Continued]

| | |
|---|---|
| ANDREW BLOOM, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>      Defendants. | Civil No. 2:03cv166 BSJ<br><br>Judge Bruce S. Jenkins |
| CRAIG BERGMANN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CLEARONE COMMUNICATIONS, INC., FRANCES M. FLOOD, and SUSIE STROHM,<br><br>      Defendants. | Civil No. 2:03cv178 DB<br><br>Judge David Sam |

  ClearOne Communications, Inc. ("ClearOne") investor Ronald C. Holec (the "Proposed Lead Plaintiff" or "Movant") hereby moves this Court pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"):

  1.  to consolidate for all purposes the above-captioned related actions (collectively, "the Related Actions") filed on behalf of purchasers of the securities of ClearOne;

  2.  to appoint Ronald C. Holec as Lead Plaintiff in the Related Actions;

4

3.  to approve Schiffrin & Barroway, LLP, the law firm selected and retained by Ronald C. Holec, as Lead Counsel; and

4.  to approve Ray Quinney & Nebeker as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Affidavit of Darren J. Check, and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

DATED this 17th day of March, 2003.

Respectfully submitted,

**RAY QUINNEY & NEBEKER**

By: *[signature]*

John A. Adams (0023)
Mar W. Pugsley (8253)
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*[Proposed] Liaison Counsel*

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*[Proposed] Lead Counsel*

699404

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2003, a true and correct copy of

**MOTION OF RONALD C. HOLEC TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** was served by United States mail, postage prepaid, to the following:

Rodney G. Snow
Neil A. Kaplan
**CLYDE, SNOW, SESSIONS & SWENSON, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2216
Phone: 322-2516

Milo Steven Marsden
**BENDINGER, CROCKETT, PETERSON & CASEY**
170 South Main Street, Suite 400
Salt Lake City, Utah 84111
Phone: 533-8383

Max Wheeler
Richard A. Van Wagoner
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place, 11th Floor
Post Office 45000
Salt Lake City, Utah 84145-500
Phone: 521-9000

696266